**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   06-cr-00444-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAUL AVINA-LOPEZ,

    Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on April 30, 2013, it is hereby

ORDERED that Defendant Raul Avina-Lopez is sentenced to TIME SERVED.

Dated: April 30, 2013.

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE